**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mark B. Evans,

Plaintiff,

v.

Warden R. Tim O'Dell and
Corrections Corporation of America, Inc.,
sued as Prairie Correctional Facility,

Defendant.

Civil No. 01-1825 (JRT/SRN)

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

---

Corey L. Watkins,

Plaintiff,

v.

Warden R. Tim O'Dell and
Corrections Corporation of America, Inc.,
sued as Prairie Correctional Facility,

Defendant.

Civil No. 01-1826 (JRT/SRN)

---

Raymond Johnson,

Plaintiff,

v.

Warden R. Tim O'Dell and
Corrections Corporation of America, Inc.,
sued as Prairie Correctional Facility,

Defendant.

Civil No. 01-1827 (JRT/SRN)

---

OCT 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Darnell Jackson,** **Civil No. 01-1828 (JRT/SRN)**

**Plaintiff,**

**v.**

**Warden R. Tim O'Dell and**
**Corrections Corporation of America, Inc.,**
**sued as Prairie Correctional Facility,**

**Defendant.**

---

Pursuant to Rule 16, Federal Rules of Civil Procedure, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. The period during which the parties may conduct discovery shall terminate on June 1, 2002. Disputes with regard to discovery shall be called immediately to the Court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

2. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to June 1, 2002. All non-dispositive motions shall be filed and served in compliance with Local Rule 7.1(a). No discovery motion shall be considered unless the moving party files with the motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2. All nondispositive motions will be considered on the papers submitted without a hearing unless the Court determines there is a specific need to hold such a hearing.

3. If a defendant moves to dismiss the complaint pursuant to Fed.R.Civ.P. 12, instead of filing an answer, the notice of motion shall be filed within 20 days after service of the summons and complaint, and a memorandum of law and other documents required by Local Rule 7.1(b) in support of the motion shall be filed within thirty (30) days of the filing of the notice of motion. All other dispositive motions shall be filed and served prior to July 1, 2002. All dispositive motions shall be filed and served in complaince with Local Rule 7.1(b). All dispositive motions will be considered on the papers without oral argument unless the Court determines there is a specific need to hold such a hearing.

4. This case shall be considered ready for trial on and after August 1, 2002.

Dated: October 29, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge